

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2014

No. 04-13-00338-CR and 04-13-00339-CR

Elias Esequiel Vasquez,
Appellant

v.

The State of Texas,
Appellee

Trial Court Case No. 11-CRS-270 and 11-CRS-272

# ORDER

The Court has reviewed the record and briefs in these appeals and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeals. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the causes are advanced for **ON BRIEFS** submission on December 9, 2014, to the following panel: Justice Angelini, Justice Marion, and Justice Barnard. All parties will be notified of the Court's decision in these appeals in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeals. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this order.

It is so **ORDERED** on October 24, 2014.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this October 24, 2014.

Keith E. Hottle, Clerk